**IN THE UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF IOWA**

In the Matter of:

**Timothy Wayne Meier,**                                                                                  Case No.  **19-01528-lmj13**

            Debtor(s)

September 4, 2019 Courtroom Hearing on:
**United States Trustee Motion to Dismiss Pursuant to 11 U.S.C. Section 109(h)(1) (#13)**

Court Reporter:    Tracy A. Hamm - TA Reporting

Appearances:    L. Ashley Zubal, Attorney for U.S. Trustee
None*, Attorney for Debtor

Also Present:    Deanna R. Bachman, Attorney for Chapter 13 Trustee

**ORDER**
(date entered on docket:  September 4, 2019)

**It is hereby ORDERED that:**

☐    The objection is overruled and the ☐motion / ☐application / ☐objection to exemption is ☐granted / ☐sustained.

☐    The objection is sustained and the ☐motion / ☐application / ☐objection to exemption is ☐denied / ☐overruled.

☐    By          the parties shall submit / file:
☐ a consent order.
☐ a stipulation of facts and their briefs and arguments.

☐    By          the movant trustee shall file a bar date noticed motion to compromise or settle.  *See* Fed. R. Bankr. P. 9019(a).

☐    The controversy is continued for further evidentiary hearing on          at          .m. (Locations: ICN Courtroom, 3rd Floor, U.S. Courthouse Annex, 110 East Court Avenue, Des Moines, Iowa and Courtroom 140, Davenport Courthouse, 131 E. 4th Street, Davenport, Iowa.)

☒    Other: The motion is granted and the case is dismissed.  Service of this order on all parties in interest and the United States Trustee shall satisfy Rule 2002(f)(2) and (k) of the Federal Rules of Bankruptcy Procedure.  .

☒    Today's record shall constitute the Court's findings and conclusions pursuant to Federal Rules of Bankruptcy Procedure 7052 and 9014.

☐    The hearing is canceled based on the parties' representation the matter is settled.

* The pro se defendant did not appear.

/s/ Lee M. Jackwig
Lee M. Jackwig
U.S. Bankruptcy Judge

Parties receiving this order from the Clerk of Court:
Everyone in this Chapter Case